**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA**

CLERK OF THE CIRCUIT COURT FOR     CASE NO:
ST. LUCIE COUNTY, FLORIDA

     Plaintiff,

vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, and FUNDS OWED, LLC.,

     Defendants.

_____/

## COMPLAINT FOR INTERPLEADER

COMES NOW, the Plaintiff, CLERK OF THE CIRCUIT COURT FOR ST. LUCIE COUNTY, FLORIDA, (hereinafter the "Clerk") sues the Defendants and states as follows:

1.    This is an action for interpleader pursuant to Rule 1.240, Florida Rules of Civil Procedure, and pursuant to Fla. Stat. § 197.582(6), for an amount of more than Fifty Thousand Dollars ($50,000).

2.    The property which is the subject of this action (the "Subject Property") is located in St. Lucie County, Florida, and is described as follows:

    a.    <u>Legal Description</u>**:** The Legal Description is as is provided in the Tax Deed for the Subject Property, a copy of which is attached hereto as **Exhibit "A"**;

    b.    <u>Subject Property Address</u>:  235 NE Summer Road, Port Saint Lucie, Florida

3.    Venue is proper in and for St. Lucie County, Florida, pursuant to §47.011, Florida Statutes.

EXHIBIT "A"

4.      The Clerk is the duly elected Clerk of Court for St. Lucie County, Florida.

5.      On or about February 6, 2023, the Clerk conducted a tax deed sale pursuant to §197.542, Florida Statutes, for the Subject Property. See Affidavit of Deputy Clerk, which is attached hereto as **Exhibit "B."** The Subject Property was sold pursuant to Tax Deed 21-472. (*See* **Exhibit "A".**)

6.      After the Subject Property was sold at a tax deed sale, Surplus Funds remain in a tax overbid account (the "Surplus Funds") which are in the possession and control of the Clerk. (*See* **Exhibit "B"**.)

7.      At the time of the tax deed sale, Paul J. McCarthy was the owner of record of the Subject Property, pursuant to a Quit Claim Deed recorded at Book 1676, Page 2449 of the Official Records of St. Lucie County, Florida. A copy of the Quit Claim Deed is attached hereto as **Exhibit "C"**.

8.      A claim was submitted by Funds Owed, LLC., pursuant to an Assignment of Rights to Government-Held Monies and a Letter of Direction executed by Paul J. McCarthy. A copy of the claim is attached hereto as **Composite Exhibit "D"**. In this capacity Funds Owed, LLC. may have an interest in the Surplus Funds.

9.      At the time of the tax deed sale, a mortgage in favor of Federal Home Loan Mortgage Corporation ("Freddie Mac") encumbered the property pursuant to an Assignment of Mortgage recorded at Book 3611, Page 1026 of the Official Records of St. Lucie County, Florida. A copy of the Assignment of Mortgage is attached hereto as **Exhibit "E"**. In this capacity Freddie Mac may have an interest in the Surplus Funds.

**10.**     A claim was submitted on behalf of Freddie Mac, a copy of which is attached as **Exhibit "F".**

11.     On September 7, 2023, Funds Owed, LLC.  forwarded a copy of a Satisfaction of Mortgage purportedly received from Freddie Mac satisfying the Assignment of Mortgage recorded at Book 3611, Page 1026 of the Official Records of St. Lucie County, Florida. The Satisfaction of Mortgage has not been recorded in Official Records of St. Lucie County, Florida. A copy of the Satisfaction of Mortgage is attached hereto as **Exhibit "G"**.

12.     Pursuant to §197.582(6), if "potentially conflicting claims to the funds exist, the Clerk may initiate an interpleader action against the lienholders involved, and the court shall determine the proper distribution."

13.     The Clerk has no knowledge as to the validity of the Defendants' conflicting and competing claims to the Surplus Funds and did not cause the conflicting claims between the Defendants. The Clerk has no interest in the final disposition of the tax deed monies among or between the Defendants.

14.     The Clerk cannot determine which, if any, of the Defendants are entitled to all or a portion of the Surplus Funds and runs the risk of being exposed to double or multiple liabilities if the Clerk distributes the Surplus Funds, in part or in total, to any of the Defendants in accordance with their respective claims or rights to receive Surplus Funds.

15.     The Clerk is entitled to receive fees and costs in this matter, pursuant to Fla. Stat. §197.582(6) paid from the overbid funds.

**WHEREFORE**, pursuant to Rule 1.240, Florida Rules of Civil Procedure, and pursuant to Fla. Stat. § 197.582(6), the Clerk joins the Defendants in this Interpleader Action, requests that the Court require the Defendants to plead their claims against each other to the tax deed overbid funds, requests an Order dismissing the Clerk from this Interpleader Action, requests fees and costs be paid to the Clerk for initiating this Interpleader Action, and requests any other such relief as the Court deems just and proper.

DATED this 9th day of October, 2023.

/s/ Rubi P. Dial
Rubi P. Dial
Florida Bar No. 122434
Daniel S. McIntyre
Florida Bar No. 287571
2300 Virginia Avenue
Fort Pierce, Florida 34982
Phone: (772) 462-1419
Fax: (772) 462-1440
SLCAttorney@stlucieco.org
Attorneys for Plaintiff

## **DESIGNATION OF E-MAIL ADDRESSES**

### **PURSUANT TO RULE 2.516**

      Rubi P. Dial, as attorney for the Clerk of the Circuit Court for St. Lucie County, Florida, hereby designates, pursuant to Rule 2.516, the following e-mail addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

Primary E-Mail Address:           DialR@stlucieco.org

Secondary E-Mail Address:      SLCAttorney@stlucieco.org

                       /s/ Rubi P. Dial
                       Rubi P. Dial
                       Florida Bar No. 122434
                       Daniel S. McIntyre
                       Florida Bar No. 287571
                       2300 Virginia Avenue
                       Fort Pierce, Florida 34982
                       Phone: (772) 462-1419
                       Fax: (772) 462-1440
                       SLCAttorney@stlucieco.org
                       Attorneys for Plaintiff

| | |
|---|---|
| **Tax Deed File No.** | 21-472 |
| **Property Identification No.** | 3419-570-0044-000/7 |
| **Original Owners of Record:** | PAUL J MCCARTHY |

# TAX DEED

### State of Florida

**ST. LUCIE COUNTY**

**FOR OFFICIAL USE ONLY**

The following Tax Sale Certificate Numbered **2016/4856** issued on **6/1/16**, was filed in the office of the tax collector of this County and application made for the issuance of a tax deed, the applicant having paid or redeemed all other taxes or tax sale certificates on the land described as required by law to be paid or redeemed, and the costs and expenses of this sale, and due notice of sale having been published as required by law, and no person entitled to do so having appeared to redeem said land; such land was sold on the **6th day of February, 2023**, offered for sale as required by law for cash to the highest bidder and was sold to **TRANS GLOBAL FINANCIAL, LLC TRUSTEE OF THE TGF LAND TRUST 1 DATED 2/6/23** whose address is **8809 TWIN LAKE DRIVE BOCA RATON, FL 33496**, being the highest bidder and having paid the sum of his bid as required by the Laws of Florida.

Now, on this **7th day of FEBRUARY, 2023**, in the County of St. Lucie, State of Florida, in consideration of the sum of **($136,100.00) ONE HUNDRED THIRTY-SIX THOUSAND ONE HUNDRED DOLLARS ONLY**, being the amount paid pursuant to the Laws of Florida does hereby sell the following lands, including any hereditaments, buildings, fixtures and improvements of any kind and description, situated in the County and State aforesaid and described as follows:

RIVER PARK-UNIT 9-PART C BLK 78 LOT 3 (MAP 34/28N) (OR 1676-2449)

**Witness:**

JULIANNE BUCK

MIGUELINA SEDA

**SHARON MANGALSINGH, Deputy Clerk**
**MICHELLE R. MILLER, Clerk of the Circuit Court**
**ST. LUCIE COUNTY , Florida**

### State of Florida

**ST. LUCIE COUNTY**

The foregoing instrument was, by **SHARON MANGALSINGH** sworn to or affirmed and subscribed before **ANGELA RIGGINS** by means of (✓) physical presence or ( ) online notarization on this **6th day of FEBRUARY, 2023**.

Witness my hand and office seal date aforesaid.

**ANGELA RIGGINS, Notary Public**

ANGELA RIGGINS
MY COMMISSION # GG 919221
EXPIRES: October 12, 2023
Bonded Thru Notary Public Underwriters

**EXHIBIT A**

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA**

CLERK OF THE CIRCUIT COURT FOR                    CASE NO.
ST. LUCIE COUNTY, FLORIDA

     Plaintiff,

vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, and FUNDS OWED, LLC.,

     Defendants.

_____/

## AFFIDAVIT OF TAX DEED
## CLERK IN SUPPORT OF COMPLAINT FOR INTERPLEADER

There did come before the undersigned the Affiant, Sharon Mangalsingh, Deputy Clerk, who states as follows:

1. I am an individual over the age of 18 years and this affidavit upon personal knowledge.

2. I am employed by Michelle R. Miller, Clerk of the Circuit Court in and for St. Lucie County (the "Clerk"), as a Tax Deed Record Clerk. I have been employed in this position since May 18, 2022.

3. My job duties include the oversight of tax deed sales and distribution of overbid monies from the sale of tax deeds on behalf of the Clerk.

4. I am familiar with the sale of Tax Deed No. 21-472.

5. The property which is the subject of this action (the "subject property") is located in St. Lucie County, Florida, and is described as follows:

   RIVER PARK-UNIT 9-PART C, BLK 78, LOT 3

   Property Address:  235 NE Summer Road, Port Saint Lucie, Florida

6. The tax deed overbid account currently contains a surplus of $92,756.23

EXHIBIT B

7.    The Clerk is requesting the Courts determination as the interest of the stakeholders.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Sharon Mangalsingh_
Sharon Mangalsingh, Deputy Clerk

**STATE OF FLORIDA**
**COUNTY OF ST. LUCIE**

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 5th day of _October_____, 2023, by _Sharon Mangalsingh_. Said person (check one) ☐ is personally known to me, ☐ produced a driver's license as identification, or ☐ produced other identification, to wit

_____.

_Angela Riggins_
Notary Public, State of Florida

_Angela Riggins_
Printed Name of Notary

Commission No. _LL 919221_

My Commission Expires: _October 12, 202_



JOANNE HOLMAN, CLERK OF THE CIRCUIT COURT – SAINT LUCIE COUNTY
File Number:  2173880 OR BOOK 1676 PAGE 2449
Recorded:03/19/03  16:07

# QUITCLAIM DEED

This Quit Claim Deed executed this ___4___ day of _December_, 20_02_,
by first party, Grantor, _Tracy L Mixon-Miller_
whose post office address is _235 NE Summer Rd. Port St Lucie 34983_
to second party, Grantee, _Paul J. McCarthy_
whose post office address is _235 NE Summer Rd. Port St Lucie Fl. 32803_

Witnesseth, that the said first party, for the sum of $_10.00_
(                                            dollars) and other
good and valuable consideration paid by the said second party, the
receipt whereof is hereby acknowledged, does hereby remise, release
and quitclaim unto the said second party forever, all the right, title,
interest and claim which the said first party has in and to the following
described parcel of land, and improvements and appurtenances thereto in
Clay County, Florida to wit: Lot 3 ,Block 78 ,River Park Unit, "C",
According To The Plat Thereof, Recorded In Plat Book 15, Page 28,
28 A Through 28B, of The Public Records of St. Lucie County, FL.

In witness whereof, the said first party has signed and sealed these
presents the day and year first above written, sealed and delivered in
presence of:

_Nancy Wright_
Witness signature

_Nancy Wright_
Printed name

_Debbie Yun_
Witness signature

_Debbie Yun_
Printed name

_Tracy L Mixon-Miller_
Grantor signature

_Tracy L. Mixon-Miller_
Printed name

_____
Grantor signature

_____
Printed name

‡ Doc Assump: $     0.00
‡ Doc Tax   : $   175.00
‡ Int Tax   : $     0.00

Sworn to and subscribed before me this ___4___ day of _December_, 20_02_
The party of the first part appeared, personally known to me/produced a
valid ID, and acknowledged to me the he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) upon behalf of which the
person(s) acted, executed the instrument.
Witness my hand and official seal.



Karen O Lackey
My Commission CC859699
Expires August 1, 2003

_Karen O Lackey_
Signature of Notary

EXHIBIT C



**Funds Found™**
CASH RECOVERY

March 7, 2023

| CLERK OF THE COURT & COMPTROLLER |
| TAX DEEDS/VAB OFFICE |
| MAR **1 3** 2023 |
| ST. LUCIE COUNTY, FLORIDA |

## CLAIM FOR SURPLUS PROCEEDS OF A TAX DEED SALE

| | |
|---|---|
| Tax Deed Number #: | 21-472 |
| Certificate Number: | 20164856 |
| Date of Sale: | 02/06/2023 |
| Surplus Funds: | $104,228.94 |
| Percentage Requested: | 100% |
| Amount of Surplus Claimed: | $104,228.94 |
| Previous Owner: | Paul Joseph McCarthy |
| Claimant/ Heir / Client: | Paul Joseph McCarthy |
| Property Address: | 235 NE Summer Road, Port Saint Lucie, FL |
| Parcel ID: | 3419-570-0044-0007 |
| Property Description: | RIVER PARK-UNIT 9-PART C BLK 78 LOT 3 (MAP 34/28N) (OR 1676-2449) |

Dear Saint Lucie County Clerk of the Circuit Court (Tax Deed Dept),

Please accept this submission from **Funds Owed LLC** as our claim on behalf of our client **Paul Joseph McCarthy** for 100% of surplus funds referenced above.

Enclosed are the following documents for your records and review:

- **CLAIM TO SURPLUS PROCEEDS OF A TAX DEED SALE**
- **Assignment of Rights**
- **Letter of Direction**
- **AKA Name Affidavit**
- **Claimant Identification** - *(Driver's License)*
- **Witnesses Identification** – *(Driver's Licenses)*
- **Quit-Claim Deed & County Property Report**
- **Surplus Notice**
- **Tax Deed**
- **Company Representative Identification** – *(Driver's License)*
- **W9 Form - (Funds Owed LLC)**

EXHIBIT D

Please accept this notice of claim. When the claim is approved and processed, please issue a check made payable to **"Funds Owed LLC"** for the balance of surplus proceeds resulting from this tax deed sale. Please mail payment to the following address:

**Mailing Address:**
Funds Owed LLC
Attn: John S. Hanson
4958 Scotts Creek Trail
Peachtree Corners, GA 30096



CLERK OF THE COURT & COMPTROLLER
TAX DEEDS/IAB OFFICE

MAR 1 3 2023

ST. LUCIE COUNTY, FLORIDA

If you have questions or need additional information, please contact John Hanson at **678-567-6049** or email me at john@fundsfound.com.

Best Regards,

John S. Hanson
Funds-Found-For-You
Funds Owed LLC



**BBB Rating: A+**

CLAIM TO SURPLUS PROCEEDS OF A TAX DEED SALE

Complete and return to:
By mail:   ST. Lucie County Clerk of the Circuit Court Tax Deed Dept
2300 Virginia Avenue, 2nd Floor
Fort Pierce, FL 34982
By email:   taxdeeds@stlucieclerk.com

| Claims must be filed within 120 days of the date the surplus notice was mailed or they are barred. |

Tax Deed # 21-472          Certificate #: 2016/4856          Sale Date of: 02/06/2023

Note:  The Clerk of the Court must pay all valid liens before distributing surplus funds to a titleholder.

Claimant's name:   _Funds Owed LLC (obo) Paul J. McCarthy_

Contact name, if applicable:   _John Hanson_

Address:   _4958 Scotts Creek Trail, Peachtree Corners, GA 30096_

Telephone Number:   _678-567-6049_

Email Address:   _John@FundsFund.com_

Tax No.:   _83-4431331_

Date of Sale (if known):   _2-6-2023_

I am a (check one):   ☐ Lienholder   ☒ Titleholder

CLERK OF THE COURT & COMPTROLLER TAX DEEDS/AB OFFICE

MAR 13 2023

ST. LUCIE COUNTY, FLORIDA

Select ONE:
_X_  I claim surplus proceeds resulting from the above tax deed sale.
____ I am NOT making a claim and waive any claim I might have to the surplus funds on this tax deed sale.

1. LIENHOLDER INFORMATION (Complete if claim is based on a lien against the sold property)

(a) Type of Lien:   ☐ Mortgage   ☐ Court Judgment   ☐ Other

Describe in Detail: _____

If your lien is recorded in the County's Official Records, list the following, if known:

Recording Date: _____   Instrument #: _____   Book: _____   Page: _____

(b) Original Lien Amount $ _____ Amounts Due: $ _____ Principal remaining due: $ _____

Interest Due: $ _____ Fees & Costs: $ _____ Attorney Fees Claimed: $ _____

2. TITLEHOLDER INFORMATION (Complete if claim is based on title held on sold property)

(a) Nature of title:   ☒ Deed   ☐ Court Judgment   ☐ Other _____

If your former title is recorded in the County's Official Records, list the following, if known:

Recording Date: _3-19-2003_ Instrument #: _2173880_   Book: _1676_ Page: _2449_

Amount of surplus tax deed sale proceeds claimed: $ _104,228.94_

Does the titleholder claim the subject property was homestead property?   ☐ Yes  ☒ No

3. I request that payment of any surplus funds due me be made payable to: _Funds Owed LLC_ and
such payment be mailed to either the address above or to: _4958 Scotts Creek Trail, Peachtree Corners, GA 30096_

4. I hereby swear or affirm that all of the above information is true and correct.

Signature of Claimant: _____   Print Name & Title: _John Hanson — Owner_

STATE OF _GA._
COUNTY OF _Fulton_

The foregoing instrument was sworn to or affirmed and signed before me this _1_ day of _MARCH_ by
_John Scott Hanson_, who is personally known to me or has produced _DL#038281 7048_
as identification and who did take an oath.

_____
Notary Public

FARHAT JAVED
NOTARY
EXPIRES
GEORGIA
01-04-2026
PUBLIC
FULTON COUNTY

My Commission Expires:
_01-04-2026_



## Funds Found™
### CASH RECOVERY

CLERK OF THE COURT & COMPTROLLER
TAX DEEDS/VAB OFFICE

MAR 1 3 2023

ST. LUCIE COUNTY, FLORIDA

## ASSIGNMENT OF RIGHTS
## TO GOVERNMENT-HELD MONIES

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Paul J. McCarthy** ("Assignor"), whose address is **385 Anchor Way Fort Pierce, FL 34946** hereby assigns to **Funds Owed LLC** (dba) "Funds-Found-For-You", or assigns ("Assignee"), whose address is **4958 Scotts Creek Trail, Peachtree Corners, GA 30096**, all rights, title and interest to all of the monies (the "Monies") currently held by a government agency and which Assignor could claim on his or her own or with Assignee, and hereby acknowledges and agrees as follows:

1. Assignor represents that to the best of their knowledge:

   a. They have not transferred, assigned, or otherwise relinquished any remainder interest in the Monies to any person, company, or organization; and they have not hired anyone or any company to claim the Monies being assigned herein for them or on their behalf.

   b. Assignor agrees not to attempt to assign part or all-of the right to claim Monies being transferred under this agreement to any person, company, or organization in the future, or to hire anyone to process a claim for the Monies on their behalf.

2. In executing this assignment. Assignor acknowledges that:

   a. Assignor has the legal right and full authority to file a claim for Assignor's interest in the funds. Assignor hereby grants, bargains, sells, and assigns, fully and irrevocably, to Assignee, **Funds Owed LLC** (dba) "Funds-Found-For-You" or assigns, any- and-all right, title, and interest in and to all such funds currently held by the government agency, as may be due.

   b. Assignor has had the opportunity to consult with any attorney or person of their choice prior to executing this Assignment.

c. Assignor has the legal right to make inquiries about monies that may be claimable by me from any government agency, business or individual, fill in any applications, file petitions or lawsuits, hire, or get assistance from an attorney, to endorse any payment received from any person or entity related to the recovery of the monies.

d. The distribution of any funds successfully recovered and the payment of any costs, including attorney's fees, is controlled by a separate, legally binding, agreement.

e. Assignee is not an attorney, is not representing to have special legal knowledge to Assignor and is not licensed to practice law. A licensed attorney will be hired to handle any-and-all judicial proceedings, if necessary.

3. Assignor understands the *approximate* amount of the Monies that *may* be recovered are: **$104,228.94**

4. Assignor will hold harmless, protect, indemnify the Government Agency holding the Monies and each of its employees from all claims against any Government agency, department or entity that may arise from this assignment, or any actions taken under this assignment.

5. This assignment is binding on all heirs, successors in interest, and assigns. Both Parties enter into this Agreement intending to be legally bound thereby and may not be altered or amended except in writing.

6. Assignor makes the above representations under oath and under penalty of perjury.

Dated this _2ⁿᵈ_ day of _March_ , 20_23_.

>Sign Here>   **Signature X** _Paul J McCarthy_
**Assignor**

CLERK OF THE COURT & COMPTROLLER
TAX DEEDS/VAB OFFICE
MAR 1 3 2023
ST. LUCIE COUNTY, FLORIDA

Printed Name of Assignor: _Paul J McCarthy_

## NOTARIZATION

STATE OF __Hawaii__ )

)   ss.

COUNTY OF __Maui__ )

CLERK OF THE COURT & COMPTROLLER<br>
TAX DEEDS/VAB OFFICE<br>
<br>
MAR 1 3 2023<br>
<br>
ST. LUCIE COUNTY, FLORIDA

We, __Paul J. McCarthy__ , __Jeremiah Orman__ ,
*Assignor – Printed Name*   *Witness #1– Printed Name*

And __Donald MacRobbie__ , the Assignor and the Witnesses, respectively,
*Witness #1 – Printed Name*

whose names are signed to the attached or foregoing instrument, having been sworn, declared to the undersigned officer that the Assignor, in the presence of the Witnesses, signed the instrument voluntarily and that each of the Witnesses, in the presence of the Assignor and in the presence of each other, signed the instrument as a Witness and that to the best of the knowledge of each Witness, the Assignor was at the time eighteen or more years of age, of sound mind and under no constraint or undue influence.

X _____   X _____
*Witness #1 - Signature*        *Witness #2 - Signature*

Acknowledged and subscribed before me by __Paul J. McCarthy__, the Assignor, who is personally known to me or who has produced __FL DL__ as identification, and sworn to and subscribed before me by the Witness #1, __Jeremiah Orman__, who is personally known to me or who has produced __NC DL__ as identification, and by the Witness #2 __Donald MacRobbie__, who is personally known to me or who has produced __HI DL__ as identification, and subscribed by me in the presence of the Principal and the subscribing witnesses, all on the __2nd__ day of __March__, 20__23__.

Notary Signature __Matt D Britt__

Print Name of Notary __Matthew D. Britt__

Notary Public in and for the State of __Hawaii__

With an Address of __1403 Kenui Place, Lahaina__
__HI 96761__

My Commission Expires ~~My Commission Expires~~
~~April 18, 2025~~

*(Notary seal: MATTHEW D. BRITT, NOTARY PUBLIC, Comm. No. 21-40, STATE OF HAWAII)*

# LETTER OF DIRECTION

<u>Date</u>:  March 1, 2023

<u>To</u>:              County Clerk of the Circuit Court & Comptroller

<u>Subject</u>:      Application to Claim Funds Owed to <u>Paul J. McCarthy</u>



Dear Sir/Madam:

I have contracted with Funds Owed LLC (dba) "Funds-Found-For-You" to make application for and/or claim the funds (refund, rebate, reimbursement, indemnification, surplus funds, settlement, excess proceeds, overage, overbid, remainder, etc.) being held by your office that are owed to me.

Please work directly with them on my behalf to process my claim. Please issue a <u>check made payable</u> to <u>Funds Owed LLC</u>, and <u>mail</u> it to the following address:

John S. Hanson<br>
c/o Funds Owed LLC<br>
4958 Scotts Creek Trail<br>
Peachtree Corners, GA 30096

If you have questions about my application and/or this claim, please call Funds Owed LLC at 678-567-6049 or email them at <u>info@fundsfound.com</u>.

These are my explicit instructions. Please follow them as I have directed.  Thank you.

Sincerely,

<u>Paul J. McCarthy</u>

**Your Signature X** *Paul J. McCarthy*
Claimant

5/2/2023
Date

**Notarization**

State of _Hawaii_ )
                              : ss.
County of _Maui_ )

```
CLERK OF THE COURT & COMPTROLLER
      TAX DEEDS/VAB OFFICE

          MAR 13 2023

ST. LUCIE COUNTY, FLORIDA
```

I, the undersigned Notary Public in and for the State of _Hawaii_ hereby certify that on the _2ᵃᵈ_ day of _March_ 20 _23_, personally appeared before me _Paul J. McCarthy_ to me known to be the individual(s) described in and who executed the within instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.

Signed _Matt D Britt_

Print Name of Notary _Matthew D. Britt_

Notary Public in and for the State of _Hawaii_

With an Address of _1403 Kenui Place, Lahaina_

My commission expires _My Commission Expires April 18, 2025_ _HI 96761_

```
      MATTHEW D. BRITT
         NOTARY
         PUBLIC
        Comm. No.
         21-40
      STATE OF HAWAII
```

# SIGNATURE/NAME AFFIDAVIT
## AND AKA STATEMENT

CLERK OF THE COURT & COMPTROLLER
TAX DEEDS/VAB OFFICE

MAR 1 3 2023

ST. LUCIE COUNTY, FLORIDA

DATE: 3/2/2023

CLAIMANT: **Paul Joseph McCarthy**

THIS IS TO CERTIFY THAT MY CURRENT LEGAL SIGNATURE IS AS WRITTEN BELOW.

_Paul J MCCarthy_
(Printed Name)

_Paul J MCCarthy_
Signature

This is a declaration of multiple variations of my current and former legal names for identification purposes.  This would include maiden last names, married last names, middle names, middle initials, and suffixes (Jr., Sr., II, III) that I have used or currently go by.

## AKA STATEMENT

I, _____ certify that I am or was <u>also-known-as</u>:

_____          _____
Print Name (Variation)               Sample Signature (Variation)

_____          _____
Print Name (Variation)               Sample Signature (Variation)

_____          _____
Print Name (Variation)               Sample Signature (Variation)

**Sign Here** ➤ **Your Signature X** _Paul J McCarthy_

**Notarization**

CLERK OF THE COURT & COMPTROLLER
TAX DEEDS/VAB OFFICE

MAR 1 3 2023

ST. LUCIE COUNTY, FLORIDA

State of _Hawaii_ )

: ss.

County of _Maui_ )

I, the undersigned Notary Public in and for the State of _Hawaii_ hereby certify that on the _2nd_ day of _March_ 20 _23_, personally appeared before me _Paul J. McCarthy_ to me known to be the individual(s) described in and who executed the within instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.

Signed _Matt D Britt_

Print Name of Notary _Matthew D. Britt_

Notary Public in and for the State of _Hawaii_

With an Address of _1403 Kenui Place, Lahaina_

My commission expires _My Commission Expires April 18, 2025_ _HI 96761_

(Seal: MATTHEW D BRITT, NOTARY PUBLIC, Comm. No. 21-40, STATE OF HAWAII)

Return to :
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE , CA 91209-9071

Prepared By:
CITIMORTGAGE, INC
LAURA JONES
1000 TECHNOLOGY DRIVE, MS 321
O'FALLON, MO 63368-2240



## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. (Assignor), hereby assigns and transfers to Federal Home Loan Mortgage Corporation , whose address is 1000 Technology Drive, O'Fallon, MO, 63368 (Assignee), all its right and interest in and to that certain Mortgage executed by Tracy L Mixon , and dated 03/08/2000 and Originally Recorded on: 03/28/2000 in the Official Records of St. Lucie County , State of Florida under Book: 1288 Page: 2050 Instrument No: 1794929, encumbering the property more particularly described as follows:

Description/Additional information: Lot 3, Block 78, River Park Unit, "C", according to the plat thereof, recorded in Plat Book 15, Page 28, 28A through 28B, of the Public Records of St. Lucie County, Florida.

Dated: 2-26-14

CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc.
By _____
Name Laura M. Jones
Document Control Officer

Witness Warren J. Silva

Witness Charlie Thomas

STATE OF **MISSOURI, ST. CHARLES COUNTY**

On _____ 2-26-14 _____ before me, the undersigned, a notary public in and for said state, personally appeared **Laura M. Jones, Document Control Officer** of **CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc.** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

TONJA BROOKS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: July 25, 2016
Commission Number: 12372473

Notary Public Tonja Brooks

Commission Expires: 07/25/2016

EXHIBIT E

## CLAIM TO SURPLUS PROCEEDS OF A TAX DEED SALE

Complete and return to:

| | |
|---|---|
| By mail: | St. Lucie County Clerk of the Circuit Court Tax Deed Dept |
| | 2300 Virginia Avenue, 2nd Floor |
| | Fort Pierce, FL 34982 |
| By email: | taxdeeds@stlucieclerk.com |

> Claims must be filed within 120 days of the date the surplus notice was mailed or they are barred.

Tax Deed #. 21-472                Certificate #: 2016/4856                Sale Date of: 02/06/2023

Note: The Clerk of the Court must pay all valid liens before distributing surplus funds to a titleholder.

Claimant's name: **FEDERAL HOME LOAN MORTGAGE CORPORATION**

Contact name, if applicable: Nelson C. Bellido, Esq.._____

Address: 201 S. Biscayne Blvd, Suite 2819, Miami FL 33131

Telephone Number: 305.405.0997 ext 1614

Email Address: NBellido@Roiglawyers.com; jlorenzo@roiglawyers.com

Tax No:

Date of **Sale (if known): 2/6/2023**

I am **a** (check one):    **X** Lienholder        ❑ Titleholder

Select ONE:

_____ **X** I claim surplus proceeds resulting from the above tax deed sale.

_____ I am NOT making a claim and waive any claim I might have to the surplus funds on this tax deed sale. 1. LIENHOLDER INFORMATION (Complete if claim is based on a lien against the sold property)

(a)            Type of Lien:    **X** Mortgage ❑ Court Judgment ❑ Other

Describe in Detail:Mortgage Assigned to Claimant FHLMC on 3/11/2014 File #3933049

If your lien is recorded in the County's Official Records, list the following, if known:

Recording Date: 3/28/2000_____ Instrument#:1794929 _____ Book:1288 Page:2050 _____

(b)            Original **Lien Amount $50,850**

Interest **Due: $60,007.46**            Amounts Due: **$105,532.32**__Principal remaining due: **$45,524.86** ___

_____ Fees & Costs: $N/A _____ Attorney Fees Claimed: $N/A _____

2. TITLEHOLDER INFORMATION (Complete if claim is based on title held on sold property)

(a) Nature of title: ❑ Deed ❑ Court Judgment ❑ Other _____

If your former title is recorded in the County's Official Records, list the following, if known:

Recording Date: _____ Instrument* _____ Book:_____ Page: _____

Amount of surplus tax deed sale proceeds claimed: $ _____

Does the titleholder claim the subject property was homestead property?    ❑ Yes ❑ No

3. I request that payment of any surplus funds due me be made payable to:**FEDERAL HOME LOAN MORTGAGE CORPORATION** and such payment **be** mailed to either the address above or to: **8200 Jones Branch Drive McLean, VA 22102**

4. I hereby swear or affirm that all of the above information is true and correct.

Signature of Claimant: _____        Print Name & Title: _Dean Meyer, Assistant Treasurer_

STATE OF _Virginia_

COUNTY OF _Fairfax_

The foregoing instrument was sworn to or affirmed and signed before me this _6th_ day of _September, 2023_ by _Dean Meyer_ who personally known to me or has produced _License_ as identification and who did take an oath.

_Kay Stevens_
Notary Public            My Commission Expires: _9/30/2026_

**EXHIBIT F**

JOSEPH E. SMITH, CLERK OF ( ) E CIRCUIT COURT - SAINT LUC ( ) COUNTY
FILE # 3933049   OR BOOK 3611   PAGE 1026, Recorded 03/11/2014 at 10:53 AM

Return to :
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE , CA 91209-9071

Prepared By:
CITIMORTGAGE, INC
LAURA JONES
1000 TECHNOLOGY DRIVE, MS 321
O'FALLON, MO 63368-2240



## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. (Assignor), hereby assigns and transfers to Federal Home Loan Mortgage Corporation , whose address is  1000 Technology Drive, O'Fallon, MO, 63368  (Assignee), all its right and interest in and to that certain Mortgage executed by Tracy L Mixon , and dated  03/08/2000  in the Official Records of St. Lucie County , State of Florida under Book: 1288 Page: 2050 Instrument No: 1794929, encumbering the property more particularly described as follows:

Description/Additional information: Lot 3, Block 78, River Park Unit, "C", according to the plat thereof, recorded in Plat Book 15, Page 28, 28A through 28B, of the Public Records of St. Lucie County, Florida.

Dated: 2-26-14

CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc.
By _____
Name Laura M. Jones
Document Control Officer

_____
Witness Warren J. Silva
_____
Witness Charlie Thomas

STATE OF MISSOURI, ST. CHARLES COUNTY

On _____ 2-26-14 _____ before me, the undersigned, a notary public in and for said state, personally appeared Laura M. Jones, Document Control Officer of CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc. personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

TONJA BROOKS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: July 25, 2016
Commission Number: 12372473

_____
Notary Public Tonja Brooks

Commission Expires: 07/25/2016

Page # 1  42202022 RPY Ref# 784273 24449 FL111 St. Lucie Cou External

## SATISFACTION OF MORTGAGE

This document is signed by Federal Home Loan Mortgage Corporation of 1000 Technology Drive, O'Fallon, Missouri 63368 (the "Mortgagee"), who is the present owner of the following described mortgage (the "Mortgage"):

Mortgage bearing the date March 28, 2000 executed by Tracy L. Mixon of 235 NE Summer Road, Port Saint Lucie, Florida 34983 (the "Mortgagor") to Mortgagee to secure payment of the principal sum of $50,850.00, which mortgage is recorded in the 1288 in 2050, of Saint Lucie County, Florida that formerly encumbered the described real property:

RIVER PARK-UNIT 9-PART C BLK 78 LOT 3 (MAP 34/28N) (OR 1676-2449)

That Mortgagee hereby acknowledges full payment and satisfaction of the Mortgage, does hereby surrender the Mortgage as cancelled, releases the property from the lien of the Mortgage, and directs the Clerk of the Circuit Court in and for Saint Lucie County, Florida to cancel the same record.

IN WITNESS WHEREOF the Mortgagee has duly affixed his or her signatures under hand and seal on this _____ day of __August_____ , 2023

_____, Sherry Stanard, Asst. Treasurer
Federal Home Loan Mortgage Corporation
Mortgagee

Witness Signature:   _____
Name:                       _____
City:
State:                        _____

Witness Signature:   _____
Name:                       _____
City:                          _____
State:                        _____

NOTARY ACKNOWLEDGMENT

EXHIBIT G

Virginia, Fairfax

STATE OF ~~MISSOURI~~, ~~COUNTY~~ OF SAINT CHARLES, ss:

On this 29th day of August 2023, before me personally appeared Federal Home Loan Mortgage Corporation, to me known to be the persons described in and who executed the foregoing instrument, and acknowledged that they executed same as their free act and deed.

_____
Notary Public

_____
Title (and Rank)

My commission expires 12/31/2023

Claudia Bustamante
NOTARY PUBLIC
REG. #7817086
MY COMMISSION EXPIRES
12/31/2023
COMMONWEALTH OF VIRGINIA