**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 23-14344-CIV-CANNON**

**CLERK OF THE CIRCUIT COURT**
**FOR ST. LUCIE**
**COUNTY FLORIDA**,

      Plaintiff,

v.

**FEDERAL HOME LOAN**
**MORTGAGE CORPORATION**,
And **FUNDS OWED, LLC,**

      Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Maynard on Plaintiff's Unopposed Motion for Attorneys' Fees and Costs [ECF No. 49]. The Report recommends that the Court grant Plaintiff's unopposed motion [ECF No. 33] and award Plaintiff a fee and cost award totaling $1,449.00 [ECF No. 49]. No party has filed objections to the Report, and the time to do so has expired.

Fully advised in the premises, the Court finds no clear error of fact or law in the Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 49] is **ACCEPTED**.

2.     Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 33] is **GRANTED**.

3.     Plaintiff is awarded attorney's fees in the amount of **$1,449.00** to be paid out of the surplus funds previously deposited into the Court's registry [ECF No. 23].

CASE NO. 23-14344-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of May 2024.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record